B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: David L. Nobel
Debtor(s)

Case No. 11 B 40237

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before November 2, 2011

$ 74.75 on or before December 2, 2011

$ 74.75 on or before December 30, 2011

$ 74.75 on or before January 31, 2012

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: October 6, 2011

BY THE COURT:

United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   11 B 40237
Case Name:     David L. Nobel

I, Shenitha Burton, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 6th day of October, 2011, I caused to be served via the Court's Electronic Notification or via First Class mail (**) a true and correct copy of:
Order Denying Debtor's Application For Waiver Of The Chapter 7 Filing Fee Dated October 6, 2011 to each of the following named individuals:

**David L Nobel** (**)

2653 West 21st Place

Chicago, Illinois 60608

**Glenn R Heyman, ESQ**

Crane Heyman Simon Welch & Clar

135 South Lasalle Ste 3705

Chicago, Illinois 60603

**Patrick S. Layng**

Office of the U.S. Trustee, Region 11

219 South Dearborn Street

Room 873

Chicago, Illinois 60604

---------------------------------
Shenitha Burton
Relief Courtroom Deputy